Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 20-10718 (ABA)**

Jesse K. Munyan and Sherry L. Munyan  
738 West Forest Grove Road  
Vineland, NJ  08360

Monthly Payment: $4,327.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/01/2021 | $4,327.00 | 03/01/2021 | $4,327.00 | 03/29/2021 | $388.08 | 04/01/2021 | $4,327.00 |
| 04/05/2021 | $-388.08 | 05/03/2021 | $4,327.00 | 06/01/2021 | $4,327.00 | 06/30/2021 | $4,327.00 |
| 08/03/2021 | $4,327.00 | 08/31/2021 | $4,327.00 | 09/30/2021 | $4,327.00 | 11/01/2021 | $4,327.00 |
| 11/30/2021 | $4,327.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JESSE K. MUNYAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $4,060.00 |
| 1 | AAA FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS | 33 | $1,041.70 | $227.95 | $813.75 | $73.73 |
| 3 | BANK OF AMERICA, N.A. | 33 | $388.08 | $0.00 | $388.08 | $388.08 |
| 4 | BANK OF AMERICA, N.A. | 33 | $7,626.22 | $1,668.81 | $5,957.41 | $567.27 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $11,734.10 | $2,567.72 | $9,166.38 | $830.57 |
| 6 | CAPITAL ONE BANK USA, N.A. | 33 | $5,064.72 | $1,108.29 | $3,956.43 | $358.49 |
| 7 | CAPITAL ONE BANK USA, N.A. | 33 | $7,077.95 | $1,548.83 | $5,529.12 | $500.99 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $10,571.99 | $2,313.41 | $8,258.58 | $748.31 |
| 9 | CAPITAL ONE/JUSTICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CITICARDS CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $406.74 | $89.00 | $317.74 | $28.79 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $448.05 | $98.05 | $350.00 | $31.71 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $1,797.72 | $393.38 | $1,404.34 | $127.25 |
| 15 | QUANTUM3 GROUP, LLC | 33 | $398.26 | $87.15 | $311.11 | $28.19 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $3,699.99 | $809.65 | $2,890.34 | $261.88 |
| 17 | QUANTUM3 GROUP, LLC | 33 | $11,236.24 | $2,458.77 | $8,777.47 | $795.33 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $2,353.43 | $514.98 | $1,838.45 | $166.58 |
| 19 | QUANTUM3 GROUP, LLC | 33 | $5,696.48 | $1,246.53 | $4,449.95 | $403.21 |
| 20 | QUANTUM3 GROUP, LLC | 33 | $13,204.28 | $2,889.42 | $10,314.86 | $934.63 |
| 21 | CUMBERLAND COUNTY BOARD OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | DFS/WEBBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | DELL FINANCIAL SERVICES, LLC | 33 | $808.46 | $176.91 | $631.55 | $57.22 |
| 24 | DISCOVER BANK | 33 | $14,118.95 | $3,089.58 | $11,029.37 | $999.37 |
| 25 | DISCOVER PERSONAL LOANS | 33 | $26,757.60 | $5,855.23 | $20,902.37 | $1,893.96 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | DISCOVER STUDENT LOANS | 33 | $1,596.27 | $349.30 | $1,246.97 | $112.99 |
| 27 | FNB OMAHA | 33 | $18,298.72 | $4,004.22 | $14,294.50 | $1,295.22 |
| 28 | DEPARTMENT OF THE TREASURY | 28 | $2,704.00 | $2,704.00 | $0.00 | $2,704.00 |
| 29 | DEPARTMENT OF THE TREASURY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | JPMORGAN CHASE BANK, N.A. | 33 | $10,306.97 | $2,255.42 | $8,051.55 | $729.55 |
| 32 | CAPITAL ONE, N.A. | 33 | $3,108.23 | $680.15 | $2,428.08 | $220.01 |
| 33 | LL BEAN MASTERCARD/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | M & T BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | LOANCARE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | OFFICE OF ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | CITIBANK, N.A. | 33 | $4,065.24 | $889.58 | $3,175.66 | $287.75 |
| 38 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | SUNTRUST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | SYNCHRONY BANK | 33 | $5,341.09 | $1,168.76 | $4,172.33 | $378.06 |
| 41 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $10,418.79 | $2,279.89 | $8,138.90 | $737.46 |
| 42 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $6,353.26 | $1,390.25 | $4,963.01 | $449.69 |
| 43 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $471.58 | $103.19 | $368.39 | $33.38 |
| 44 | SYNCHRONY BANK | 33 | $5,347.47 | $1,170.16 | $4,177.31 | $378.51 |
| 45 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $10,429.75 | $2,282.29 | $8,147.46 | $738.25 |
| 46 | TD BANK, N.A. | 33 | $11,772.29 | $2,576.07 | $9,196.22 | $833.27 |
| 47 | TD BANK USA, N.A. | 33 | $6,518.16 | $1,426.30 | $5,091.86 | $461.37 |
| 48 | CITIBANK, N.A. | 33 | $1,746.24 | $382.12 | $1,364.12 | $123.60 |
| 49 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | SHERRY L. MUNYAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | M & T BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | DISCOVER BANK | 33 | $10,548.43 | $2,308.26 | $8,240.17 | $746.64 |
| 55 | DISCOVER PERSONAL LOANS | 33 | $13,108.20 | $2,868.39 | $10,239.81 | $927.83 |
| 56 | DISCOVER STUDENT LOANS | 33 | $4,348.12 | $951.46 | $3,396.66 | $307.77 |
| 57 | DISCOVER STUDENT LOANS | 33 | $1,824.82 | $399.31 | $1,425.51 | $129.17 |
| 58 | JPMORGAN CHASE BANK, N.A. | 33 | $6,393.71 | $1,399.07 | $4,994.64 | $452.56 |
| 59 | JPMORGAN CHASE BANK, N.A. | 33 | $6,805.05 | $1,489.08 | $5,315.97 | $481.68 |
| 60 | JPMORGAN CHASE BANK, N.A. | 33 | $10,008.22 | $2,190.05 | $7,818.17 | $708.40 |
| 61 | JPMORGAN CHASE BANK, N.A. | 33 | $4,136.18 | $905.09 | $3,231.09 | $292.77 |
| 62 | JPMORGAN CHASE BANK, N.A. | 33 | $1,951.43 | $427.02 | $1,524.41 | $138.13 |
| 63 | BANK OF AMERICA, N.A. | 33 | $5,662.96 | $1,239.17 | $4,423.79 | $400.84 |
| 64 | BANK OF AMERICA, N.A. | 33 | $2,029.60 | $444.13 | $1,585.47 | $143.65 |
| 65 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $620.07 | $135.69 | $484.38 | $43.89 |
| 66 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $7,021.09 | $1,536.39 | $5,484.70 | $496.97 |
| 67 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $5,216.94 | $1,141.60 | $4,075.34 | $369.27 |
| 68 | LVNV FUNDING, LLC | 33 | $5,659.04 | $1,238.34 | $4,420.70 | $400.56 |
| 69 | LVNV FUNDING, LLC | 33 | $12,438.97 | $2,721.95 | $9,717.02 | $880.46 |
| 70 | AMERICAN EXPRESS | 33 | $6,493.77 | $1,420.99 | $5,072.78 | $459.64 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 20-10718 (ABA)**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2020 | 6.00 | $0.00 |
| 08/01/2020 | Paid to Date | $19,714.00 |
| 09/01/2020 | 53.00 | $4,327.00 |
| 02/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $47,597.00 |
| Total paid to creditors this period: | $30,118.90 |
| Undistributed Funds on Hand: | $3,963.53 |
| Arrearages: | $0.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**