---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Towd Point Mortgage Trust 2021-1, et al.

---

In Re:

Jesse Munyan & Sherry Munyan,

Debtors.

| | |
|---|---|
| Case No.: | 20-10718-ABA |
| Adv. No.: | |
| Chapter: | 13 |
| Hearing Date: | 08/23/2022 |
| Judge: | Altenburg |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _Denise Carlon, Esq._,

   ☒ am the attorney for: _Towd Point Mortgage Trust 2021-1, et al._

   ☐ am self-represented

   Phone number: _201-549-2363_

   Email address: _dcarlon@kmllawgroup.com_

2. I request an adjournment of the following hearing:

   Matter: _Motion for Relief from Stay (Docket # 40)_

   Current hearing date and time: _8/23/2022 @ 10:00 a.m._

   New date requested: _9/13/2022 @ 10:00 a.m._

   Reason for adjournment request: _To allow the parties time to amicably resolve the issues at hand._

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 8/18/2022                                    /s/ Denise Carlon
                                                   Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 9/13/22 @ 10 AM          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*