UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Towd Point Mortgage Trust 2021-1, U.S. Bank
National Association as Indenture Trustee

In Re:

Jesse K. Munyan & Sherry L. Munyan,

Debtors.

Case No.:     20-10718-ABA

Chapter:     13

Hearing Date:     9/13/2022

Judge:     Altenburg

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Motion for Relief re: 738 West Forest Grove Road (Docket # 40)

_____

Date: 9/8/2022                                          /s/ Denise Carlon
                                                        Signature

*rev.8/1/15*