Printed on: 12/31/2022
ISABEL C. BALBOA [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
**Case Number: 20-10718 (ABA)**

Jesse K. Munyan and Sherry L. Munyan
738 West Forest Grove Road
Vineland, NJ  08360

Monthly Payment: $4,327.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2022 | $4,327.00 | 01/31/2022 | $4,327.00 | 02/28/2022 | $4,327.00 | 04/01/2022 | $4,327.00 |
| 05/02/2022 | $4,327.00 | 05/31/2022 | $4,327.00 | 06/30/2022 | $4,327.00 | 08/01/2022 | $4,327.00 |
| 09/01/2022 | $4,327.00 | 10/03/2022 | $4,327.00 | 10/31/2022 | $4,327.00 | 11/30/2022 | $4,327.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JESSE K. MUNYAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $0.00 |
| 1 | AAA FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS | 33 | $1,041.70 | $379.20 | $662.50 | $154.22 |
| 3 | BANK OF AMERICA, N.A. | 33 | $388.08 | $141.27 | $246.81 | $0.00 |
| 4 | BANK OF AMERICA, N.A. | 33 | $7,626.22 | $2,776.05 | $4,850.17 | $1,101.54 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $11,734.10 | $4,271.38 | $7,462.72 | $1,737.15 |
| 6 | CAPITAL ONE BANK USA, N.A. | 33 | $5,064.72 | $1,843.63 | $3,221.09 | $749.80 |
| 7 | CAPITAL ONE BANK USA, N.A. | 33 | $7,077.95 | $2,576.48 | $4,501.47 | $1,047.84 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $10,571.99 | $3,848.36 | $6,723.63 | $1,565.10 |
| 9 | CAPITAL ONE/JUSTICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CITICARDS CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $406.74 | $148.06 | $258.68 | $60.21 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $448.05 | $163.10 | $284.95 | $66.34 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $1,797.72 | $654.40 | $1,143.32 | $266.13 |
| 15 | QUANTUM3 GROUP, LLC | 33 | $398.26 | $144.97 | $253.29 | $58.96 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $3,699.99 | $1,346.86 | $2,353.13 | $547.77 |
| 17 | QUANTUM3 GROUP, LLC | 33 | $11,236.24 | $4,090.15 | $7,146.09 | $1,663.44 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $2,353.43 | $856.69 | $1,496.74 | $348.40 |
| 19 | QUANTUM3 GROUP, LLC | 33 | $5,696.48 | $2,073.60 | $3,622.88 | $843.32 |
| 20 | QUANTUM3 GROUP, LLC | 33 | $13,204.28 | $4,806.55 | $8,397.73 | $1,954.79 |
| 21 | CUMBERLAND COUNTY BOARD OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | DFS/WEBBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | DELL FINANCIAL SERVICES, LLC | 33 | $808.46 | $294.29 | $514.17 | $119.69 |
| 24 | DISCOVER BANK | 33 | $14,118.95 | $5,139.50 | $8,979.45 | $2,090.21 |
| 25 | DISCOVER PERSONAL LOANS | 33 | $26,757.60 | $9,740.15 | $17,017.45 | $3,961.27 |
| 26 | DISCOVER STUDENT LOANS | 33 | $1,596.27 | $581.07 | $1,015.20 | $236.31 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | FNB OMAHA | 33 | $18,298.72 | $6,660.99 | $11,637.73 | $2,709.00 |
| 28 | DEPARTMENT OF THE TREASURY | 28 | $2,704.00 | $2,704.00 | $0.00 | $0.00 |
| 29 | DEPARTMENT OF THE TREASURY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | JPMORGAN CHASE BANK, N.A. | 33 | $10,306.97 | $3,751.89 | $6,555.08 | $1,525.87 |
| 32 | CAPITAL ONE, N.A. | 33 | $3,108.23 | $1,131.44 | $1,976.79 | $460.14 |
| 33 | LL BEAN MASTERCARD/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | M & T BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | LOANCARE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | OFFICE OF ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | CITIBANK, N.A. | 33 | $4,065.24 | $1,479.81 | $2,585.43 | $601.83 |
| 38 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | TRUIST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | SYNCHRONY BANK | 33 | $5,341.09 | $1,944.23 | $3,396.86 | $790.70 |
| 41 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $10,418.79 | $3,792.59 | $6,626.20 | $1,542.43 |
| 42 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $6,353.26 | $2,312.69 | $4,040.57 | $940.56 |
| 43 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $471.58 | $171.67 | $299.91 | $69.81 |
| 44 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,347.47 | $1,946.56 | $3,400.91 | $791.65 |
| 45 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $10,429.75 | $3,796.58 | $6,633.17 | $1,544.04 |
| 46 | TD BANK, N.A. | 33 | $11,772.29 | $4,285.29 | $7,487.00 | $1,742.80 |
| 47 | TD BANK USA, N.A. | 33 | $6,518.16 | $2,372.71 | $4,145.45 | $964.93 |
| 48 | CITIBANK, N.A. | 33 | $1,746.24 | $635.66 | $1,110.58 | $258.52 |
| 49 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | SHERRY L. MUNYAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | M & T BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | DISCOVER BANK | 33 | $10,548.43 | $3,839.79 | $6,708.64 | $1,561.62 |
| 55 | DISCOVER PERSONAL LOANS | 33 | $13,108.20 | $4,771.58 | $8,336.62 | $1,940.56 |
| 56 | DISCOVER STUDENT LOANS | 33 | $4,348.12 | $1,582.78 | $2,765.34 | $643.69 |
| 57 | DISCOVER STUDENT LOANS | 33 | $1,824.82 | $664.26 | $1,160.56 | $270.14 |
| 58 | JPMORGAN CHASE BANK, N.A. | 33 | $6,393.71 | $2,327.40 | $4,066.31 | $946.51 |
| 59 | JPMORGAN CHASE BANK, N.A. | 33 | $6,805.05 | $2,477.13 | $4,327.92 | $1,007.40 |
| 60 | JPMORGAN CHASE BANK, N.A. | 33 | $10,008.22 | $3,643.13 | $6,365.09 | $1,481.65 |
| 61 | JPMORGAN CHASE BANK, N.A. | 33 | $4,136.18 | $1,505.63 | $2,630.55 | $612.32 |
| 62 | JPMORGAN CHASE BANK, N.A. | 33 | $1,951.43 | $710.35 | $1,241.08 | $288.89 |
| 63 | BANK OF AMERICA, N.A. | 33 | $5,662.96 | $2,061.40 | $3,601.56 | $838.33 |
| 64 | BANK OF AMERICA, N.A. | 33 | $2,029.60 | $738.81 | $1,290.79 | $300.48 |
| 65 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $620.07 | $225.72 | $394.35 | $91.80 |
| 66 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $7,021.09 | $2,555.79 | $4,465.30 | $1,039.42 |
| 67 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $5,216.94 | $1,899.05 | $3,317.89 | $772.33 |
| 68 | LVNV FUNDING, LLC | 33 | $5,659.04 | $2,059.99 | $3,599.05 | $837.78 |
| 69 | LVNV FUNDING, LLC | 33 | $12,438.97 | $4,527.96 | $7,911.01 | $1,841.49 |
| 70 | AMERICAN EXPRESS | 33 | $6,493.77 | $2,363.83 | $4,129.94 | $961.35 |
| 71 | SELECT PORTFOLIO SERVICING, INC. | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2022

ISABEL C. BALBOA [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
**Case Number: 20-10718 (ABA)**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2020 | 6.00 | $0.00 |
| 08/01/2020 | Paid to Date | $19,714.00 |
| 09/01/2020 | 53.00 | $4,327.00 |
| 02/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $51,924.00 |
| Total paid to creditors this period: | $47,950.53 |
| Undistributed Funds on Hand: | $3,954.88 |
| Arrearages: | $0.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN**
**WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**