**Order Filed on August 18, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Seymour Wasserstrum
205 West Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Email: mylawyer7@aol.com
Attorney for Debtor(s)

| In Re: | Case No.: | 20-10718 |
|---|---|---|
| Jesse K. Munyan | Chapter: | 13 |
| Sherri L. Munyan | Judge: | ABA |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: August 18, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections have been raised, it is:

ORDERED that _____Seymour Wasserstrum_____ the applicant, is allowed

a fee of _____$187.75_____ for services rendered and expenses in the amount of

_____$3.74_____ for a total of _____$191.49_____ . The allowance is payable:

[X]    through the Chapter 13 as an administrative priority.

[ ]    outside the plan.

The debtor's monthly plan is modified to require a payment of _____$4,340.00_____ per month for

_____17_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 20-10718-ABA

Jesse K. Munyan                                                             Chapter 13

Sherry L. Munyan

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 18, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jesse K. Munyan, Sherry L. Munyan, 738 W Forest Grove Rd, Vineland, NJ 08360-2098 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2023                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | |
| | on behalf of Creditor LoanCare  LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2020-PM6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor Towd Point Mortgage Trust 2021-1  U.S. Bank National Association as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | |
| | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: Aug 18, 2023                      Form ID: pdf903                              Total Noticed: 1

Maria Cozzini
                       on behalf of Creditor Cenlar FSB as servicer for CitiMortgage  Inc. mcozzini@sternlav.com

Marisa Myers Cohen
                       on behalf of Creditor LoanCare  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Seymour Wasserstrum
                       on behalf of Debtor Jesse K. Munyan mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
                       on behalf of Joint Debtor Sherry L. Munyan mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
                       USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10