# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

IN RE:

JESSE K MUNYAN
SHERRY L MUNYAN

§
§
§
§

CASE NO.
20-10718-ABA
Chapter 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NewRez LLC d/b/a Shellpoint Mortgage Servicing | LoanCare, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 32
Amount of Claim: $ 194395.71
Date Claim Filed: 03/12/2020

Phone: (800)365-7107
Last Four Digits of Acct #: 7859

Phone: (800) 643-0202
Last Four Digits of Acct.#: 9918

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip       Date: 10/11/2023

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

IN RE: § CASE NO.
§ 20-10718-ABA
**JESSE K MUNYAN** § Chapter 13
**SHERRY L MUNYAN** §

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 10/11/2023 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*

JESSE K MUNYAN
738 W Forest Grove Rd
Vineland, NJ 08360-2098

SHERRY L MUNYAN
738 W Forest Grove Rd
Vineland, NJ 08360-2098

**Debtors' Attorney**
SEYMOUR WASSERSTRUM
LAW OFFICES OF SEYMOUR WASSERSTRUM
205 W Landis Ave
Vineland, NJ 08360-8103

**Chapter 13 Trustee**
ANDREW B FINBERG
535 Route 38 Ste 580
Cherry Hill, NJ 08002-2977

Respectfully Submitted,

/s/ Kidd Yuen
Kidd Yuen