Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-10718 (ABA)

Jesse K. Munyan and Sherry L. Munyan  
738 West Forest Grove Road  
Vineland, NJ  08360

Monthly Payment: $4,340.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2023 | $4,327.00 | 01/25/2023 | $4,327.00 | 02/28/2023 | $4,327.00 | 04/03/2023 | $4,327.00 |
| 05/01/2023 | $4,327.00 | 06/23/2023 | $4,327.00 | 07/31/2023 | $4,327.00 | 09/01/2023 | $4,327.00 |
| 10/02/2023 | $4,340.00 | 10/30/2023 | $4,340.00 | 12/04/2023 | $4,340.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JESSE K. MUNYAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $191.49 | $191.49 | $0.00 | $191.49 |
| 1 | AAA FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS | 33 | $1,041.70 | $516.93 | $524.77 | $137.73 |
| 3 | BANK OF AMERICA, N.A. | 33 | $388.08 | $192.58 | $195.50 | $51.31 |
| 4 | BANK OF AMERICA, N.A. | 33 | $7,626.22 | $3,784.43 | $3,841.79 | $1,008.38 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $11,734.10 | $5,822.92 | $5,911.18 | $1,551.54 |
| 6 | CAPITAL ONE, N.A. | 33 | $5,064.72 | $2,513.31 | $2,551.41 | $669.68 |
| 7 | CAPITAL ONE, N.A. | 33 | $7,077.95 | $3,512.36 | $3,565.59 | $935.88 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $10,571.99 | $5,246.23 | $5,325.76 | $1,397.87 |
| 9 | CAPITAL ONE/JUSTICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CITICARDS CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $406.74 | $201.84 | $204.90 | $53.78 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $448.05 | $222.34 | $225.71 | $59.24 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $1,797.72 | $892.10 | $905.62 | $237.70 |
| 15 | QUANTUM3 GROUP, LLC | 33 | $398.26 | $197.63 | $200.63 | $52.66 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $3,699.99 | $1,836.08 | $1,863.91 | $489.22 |
| 17 | QUANTUM3 GROUP, LLC | 33 | $11,236.24 | $5,575.87 | $5,660.37 | $1,485.72 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $2,353.43 | $1,167.87 | $1,185.56 | $311.18 |
| 19 | QUANTUM3 GROUP, LLC | 33 | $5,696.48 | $2,826.82 | $2,869.66 | $753.22 |
| 20 | QUANTUM3 GROUP, LLC | 33 | $13,204.28 | $6,552.48 | $6,651.80 | $1,745.93 |
| 21 | CUMBERLAND COUNTY BOARD OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | DFS/WEBBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | RESURGENT RECEIVABLES, LLC | 33 | $808.46 | $401.19 | $407.27 | $106.90 |
| 24 | DISCOVER BANK | 33 | $14,118.95 | $7,006.38 | $7,112.57 | $1,866.88 |
| 25 | DISCOVER PERSONAL LOANS | 33 | $26,757.60 | $13,278.18 | $13,479.42 | $3,538.03 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | DISCOVER STUDENT LOANS | 33 | $1,596.27 | $792.13 | $804.14 | $211.06 |
| 27 | FNB OMAHA | 33 | $18,298.72 | $9,080.55 | $9,218.17 | $2,419.56 |
| 28 | DEPARTMENT OF THE TREASURY | 28 | $2,704.00 | $2,704.00 | $0.00 | $0.00 |
| 29 | DEPARTMENT OF THE TREASURY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | JPMORGAN CHASE BANK, N.A. | 33 | $10,306.97 | $5,114.72 | $5,192.25 | $1,362.83 |
| 32 | CAPITAL ONE, N.A. | 33 | $3,108.23 | $1,542.43 | $1,565.80 | $410.99 |
| 33 | LL BEAN MASTERCARD/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | M & T BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | NEW REZ, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | OFFICE OF ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | CITIBANK, N.A. | 33 | $4,065.24 | $2,017.34 | $2,047.90 | $537.53 |
| 38 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | TRUIST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | SYNCHRONY BANK | 33 | $5,341.09 | $2,650.46 | $2,690.63 | $706.23 |
| 41 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $10,418.79 | $5,170.21 | $5,248.58 | $1,377.62 |
| 42 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $6,353.26 | $3,152.73 | $3,200.53 | $840.04 |
| 43 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $471.58 | $234.02 | $237.56 | $62.35 |
| 44 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,347.47 | $2,653.62 | $2,693.85 | $707.06 |
| 45 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $10,429.75 | $5,175.65 | $5,254.10 | $1,379.07 |
| 46 | TD BANK, N.A. | 33 | $11,772.29 | $5,841.87 | $5,930.42 | $1,556.58 |
| 47 | TD BANK USA, N.A. | 33 | $6,518.16 | $3,234.57 | $3,283.59 | $861.86 |
| 48 | CITIBANK, N.A. | 33 | $1,746.24 | $866.55 | $879.69 | $230.89 |
| 49 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | SHERRY L. MUNYAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | M & T BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | DISCOVER BANK | 33 | $10,548.43 | $5,234.55 | $5,313.88 | $1,394.76 |
| 55 | DISCOVER PERSONAL LOANS | 33 | $13,108.20 | $6,504.81 | $6,603.39 | $1,733.23 |
| 56 | DISCOVER STUDENT LOANS | 33 | $4,348.12 | $2,157.71 | $2,190.41 | $574.93 |
| 57 | DISCOVER STUDENT LOANS | 33 | $1,824.82 | $905.54 | $919.28 | $241.28 |
| 58 | JPMORGAN CHASE BANK, N.A. | 33 | $6,393.71 | $3,172.81 | $3,220.90 | $845.41 |
| 59 | JPMORGAN CHASE BANK, N.A. | 33 | $6,805.05 | $3,376.93 | $3,428.12 | $899.80 |
| 60 | JPMORGAN CHASE BANK, N.A. | 33 | $10,008.22 | $4,966.47 | $5,041.75 | $1,323.34 |
| 61 | JPMORGAN CHASE BANK, N.A. | 33 | $4,136.18 | $2,052.53 | $2,083.65 | $546.90 |
| 62 | JPMORGAN CHASE BANK, N.A. | 33 | $1,951.43 | $968.37 | $983.06 | $258.02 |
| 63 | BANK OF AMERICA, N.A. | 33 | $5,662.96 | $2,810.19 | $2,852.77 | $748.79 |
| 64 | BANK OF AMERICA, N.A. | 33 | $2,029.60 | $1,007.17 | $1,022.43 | $268.36 |
| 65 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $620.07 | $307.70 | $312.37 | $81.98 |
| 66 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $7,021.09 | $3,484.14 | $3,536.95 | $928.35 |
| 67 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $5,216.94 | $2,588.85 | $2,628.09 | $689.80 |
| 68 | LVNV FUNDING, LLC | 33 | $5,659.04 | $2,808.24 | $2,850.80 | $748.25 |
| 69 | LVNV FUNDING, LLC | 33 | $12,438.97 | $6,172.71 | $6,266.26 | $1,644.75 |
| 70 | AMERICAN EXPRESS | 33 | $6,493.77 | $3,222.46 | $3,271.31 | $858.63 |
| 71 | SELECT PORTFOLIO SERVICING, INC. | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-10718 (ABA)

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2020 | 6.00 | $0.00 |
| 08/01/2020 | Paid to Date | $19,714.00 |
| 09/01/2020 | 36.00 | $4,327.00 |
| 09/01/2023 | 17.00 | $4,340.00 |
| 02/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $47,636.00 |
| Total paid to creditors this period: | $43,094.59 |
| Undistributed Funds on Hand: | $3,923.36 |
| Arrearages: | $8,680.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**