Certificate Number: 15111-NJ-DE-039002132

Bankruptcy Case Number: 20-10718



15111-NJ-DE-039002132

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 25, 2024, at 3:59 o'clock PM EDT, Sherry L. Munyan completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 25, 2024                By:   /s/Hasan Bilal for Ryan McDonough

                                        Name: Ryan McDonough

                                        Title: Executive Director of Education

Certificate Number: 15111-NJ-DE-039002133

Bankruptcy Case Number: 20-10718



15111-NJ-DE-039002133

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 25, 2024</u>, at <u>3:59</u> o'clock <u>PM EDT</u>, <u>Jesse K. Munyan</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>October 25, 2024</u>        By:    <u>/s/Hasan Bilal for Ryan McDonough</u>

Name:   <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>