# U.S. Bankruptcy Court

## New Jersey Bankruptcy - Camden

Receipt Date: Dec 27, 2024 1:54PM

Firstmark Services
121 S. 13th Street
Lincoln, NE 68508

Rcpt. No: 40000962                    Trans. Date: Dec 27, 2024 1:54PM                    Cashier ID: #AS

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| TCNW | Transfer of Clai | 20-10718-ABA | 1 | 28.00 | 28.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #347926 | 12/27/2024 | | $28.00 |

Total Due Prior to Payment: $28.00

Total Tendered: $28.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Judge:** ABA **Case:** 20-10718-ABA

**Debtor:** Jesse K. Munyan and Sherry L. Munyan

**341 Meeting:** Thursday 13th of February 2020 at 10:00 AM

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

B 2100A (Form 2100A) (12/15)

FILED
JEANNE A. NAUGHTON, CLERK

DEC 27 2024

# UNITED STATES BANKRUPTCY COURTS BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

District of New Jersey

In re  SHERRY L MUNYAN _____ ,          Case No.  20-10718 _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

OSLT _____          Discover Student Loans _____
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): ____ 3-1 ____
should be sent:                                        Amount of Claim:      $1,596.27
Firstmark Services                                     Date Claim Filed:     01/24/2020
PO Box 82522
Lincoln, NE 68801

Phone:  888-538-7378 _____          Phone:  800-618-1621 _____
Last Four Digits of Acct #: ____ 3549 ____          Last Four Digits of Acct. #: 0135 _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/    *Amber Birks* _____          Date:  11/15/2024 _____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**Firstmark** Services
A DIVISION OF ⓜelnet

PO Box 82522
Lincoln, Nebraska 68501-2522

RETURN SERVICE
REQUESTED



US POSTAG|

ZIP 68508
02 4W
0000377637 D

$

**FILED**
JEANNE A. NAUGHTON, CLERK

**DEC 2 7 2024**

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY_____DEPUTY

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102