Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-10718 (ABA)

Jesse K. Munyan and Sherry L. Munyan  
738 West Forest Grove Road  
Vineland, NJ  08360

Monthly Payment: $4,340.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/08/2024 | $4,340.00 | 02/05/2024 | $4,340.00 | 03/11/2024 | $4,340.00 | 04/15/2024 | $4,340.00 |
| 05/14/2024 | $4,340.00 | 06/17/2024 | $4,340.00 | 07/22/2024 | $4,340.00 | 08/26/2024 | $4,340.00 |
| 09/30/2024 | $4,340.00 | 10/28/2024 | $4,340.00 | 11/12/2024 | $4,340.00 | 11/22/2024 | $4,340.00 |
| 12/02/2024 | $4,340.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JESSE K. MUNYAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $4,060.00 | $4,060.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $191.49 | $191.49 | $0.00 | $191.49 |
| 1 | AAA FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS | 33 | $1,041.70 | $680.12 | $361.58 | $137.73 |
| 3 | BANK OF AMERICA, N.A. | 33 | $388.08 | $253.37 | $134.71 | $51.31 |
| 4 | BANK OF AMERICA, N.A. | 33 | $7,626.22 | $4,979.12 | $2,647.10 | $1,008.38 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $11,734.10 | $7,661.13 | $4,072.97 | $1,551.54 |
| 6 | CAPITAL ONE, N.A. | 33 | $5,064.72 | $3,306.73 | $1,757.99 | $669.68 |
| 7 | CAPITAL ONE, N.A. | 33 | $7,077.95 | $4,621.15 | $2,456.80 | $935.88 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $10,571.99 | $6,902.39 | $3,669.60 | $1,397.87 |
| 9 | CAPITAL ONE/JUSTICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | SELECT PORTFOLIO SERVICING, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CITICARDS CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $406.74 | $265.56 | $141.18 | $53.78 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $448.05 | $292.53 | $155.52 | $59.24 |
| 14 | QUANTUM3 GROUP, LLC | 33 | $1,797.72 | $1,173.72 | $624.00 | $237.70 |
| 15 | QUANTUM3 GROUP, LLC | 33 | $398.26 | $260.02 | $138.24 | $52.66 |
| 16 | QUANTUM3 GROUP, LLC | 33 | $3,699.99 | $2,415.71 | $1,284.28 | $489.22 |
| 17 | QUANTUM3 GROUP, LLC | 33 | $11,236.24 | $7,336.08 | $3,900.16 | $1,485.72 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $2,353.43 | $1,536.54 | $816.89 | $311.18 |
| 19 | QUANTUM3 GROUP, LLC | 33 | $5,696.48 | $3,719.20 | $1,977.28 | $753.22 |
| 20 | QUANTUM3 GROUP, LLC | 33 | $13,204.28 | $8,621.00 | $4,583.28 | $1,745.93 |
| 21 | CUMBERLAND COUNTY BOARD OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | DFS/WEBBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | RESURGENT RECEIVABLES, LLC | 33 | $808.46 | $527.84 | $280.62 | $106.90 |
| 24 | DISCOVER BANK | 33 | $14,118.95 | $9,218.18 | $4,900.77 | $1,866.88 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | DISCOVER PERSONAL LOANS | 33 | $26,757.60 | $17,469.88 | $9,287.72 | $3,538.03 |
| 26 | OSLT | 33 | $1,596.27 | $1,042.19 | $554.08 | $211.06 |
| 27 | FNB OMAHA | 33 | $18,298.72 | $11,947.13 | $6,351.59 | $2,419.56 |
| 28 | DEPARTMENT OF THE TREASURY | 28 | $2,704.00 | $2,704.00 | $0.00 | $0.00 |
| 29 | DEPARTMENT OF THE TREASURY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | JPMORGAN CHASE BANK, N.A. | 33 | $10,306.97 | $6,729.37 | $3,577.60 | $1,362.83 |
| 32 | CAPITAL ONE, N.A. | 33 | $3,108.23 | $2,029.35 | $1,078.88 | $410.99 |
| 33 | LL BEAN MASTERCARD/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | M & T BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | NEW REZ, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | OFFICE OF ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | CITIBANK, N.A. | 33 | $4,065.24 | $2,654.17 | $1,411.07 | $537.53 |
| 38 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | TRUIST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | SYNCHRONY BANK | 33 | $5,341.09 | $3,487.17 | $1,853.92 | $706.23 |
| 41 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $10,418.79 | $6,802.37 | $3,616.42 | $1,377.62 |
| 42 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $6,353.26 | $4,148.01 | $2,205.25 | $840.04 |
| 43 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $471.58 | $307.90 | $163.68 | $62.35 |
| 44 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $5,347.47 | $3,491.34 | $1,856.13 | $707.06 |
| 45 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $10,429.75 | $6,809.53 | $3,620.22 | $1,379.07 |
| 46 | TD BANK, N.A. | 33 | $11,772.29 | $7,686.06 | $4,086.23 | $1,556.58 |
| 47 | TD BANK USA, N.A. | 33 | $6,518.16 | $4,255.67 | $2,262.49 | $861.86 |
| 48 | CITIBANK, N.A. | 33 | $1,746.24 | $1,140.11 | $606.13 | $230.89 |
| 49 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | SHERRY L. MUNYAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | M & T BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | DISCOVER BANK | 33 | $10,548.43 | $6,887.01 | $3,661.42 | $1,394.76 |
| 55 | DISCOVER PERSONAL LOANS | 33 | $13,108.20 | $8,558.27 | $4,549.93 | $1,733.23 |
| 56 | DISCOVER STUDENT LOANS | 33 | $4,348.12 | $2,838.87 | $1,509.25 | $574.93 |
| 57 | DISCOVER STUDENT LOANS | 33 | $1,824.82 | $1,191.41 | $633.41 | $241.28 |
| 58 | JPMORGAN CHASE BANK, N.A. | 33 | $6,393.71 | $4,174.42 | $2,219.29 | $845.41 |
| 59 | JPMORGAN CHASE BANK, N.A. | 33 | $6,805.05 | $4,442.98 | $2,362.07 | $899.80 |
| 60 | JPMORGAN CHASE BANK, N.A. | 33 | $10,008.22 | $6,534.31 | $3,473.91 | $1,323.34 |
| 61 | JPMORGAN CHASE BANK, N.A. | 33 | $4,136.18 | $2,700.48 | $1,435.70 | $546.90 |
| 62 | JPMORGAN CHASE BANK, N.A. | 33 | $1,951.43 | $1,274.08 | $677.35 | $258.02 |
| 63 | BANK OF AMERICA, N.A. | 33 | $5,662.96 | $3,697.32 | $1,965.64 | $748.79 |
| 64 | BANK OF AMERICA, N.A. | 33 | $2,029.60 | $1,325.12 | $704.48 | $268.36 |
| 65 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $620.07 | $404.84 | $215.23 | $81.98 |
| 66 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $7,021.09 | $4,584.03 | $2,437.06 | $928.35 |
| 67 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $5,216.94 | $3,406.11 | $1,810.83 | $689.80 |
| 68 | LVNV FUNDING, LLC | 33 | $5,659.04 | $3,694.76 | $1,964.28 | $748.25 |
| 69 | LVNV FUNDING, LLC | 33 | $12,438.97 | $8,121.33 | $4,317.64 | $1,644.75 |
| 70 | AMERICAN EXPRESS | 33 | $6,493.77 | $4,239.74 | $2,254.03 | $858.63 |
| 71 | SELECT PORTFOLIO SERVICING, INC. | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2024　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 3 of 3
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-10718 (ABA)

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2020 | 6.00 | $0.00 |
| 08/01/2020 | Paid to Date | $19,714.00 |
| 09/01/2020 | 36.00 | $4,327.00 |
| 09/01/2023 | 17.00 | $4,340.00 |
| 02/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $56,420.00 |
| Total paid to creditors this period: | $43,094.59 |
| Undistributed Funds on Hand: | $3,906.00 |
| Arrearages: | $0.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**