| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jesse K. Munyan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9056<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Sherry L. Munyan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3549<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   20–10718–ABA | | |

## Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jesse K. Munyan                                   Sherry L. Munyan
dba Art of Massage                                aka Sherry Munyan


3/28/25                                           **By the court:** Andrew B. Altenburg Jr.
                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Jesse K. Munyan  
Sherry L. Munyan  
    Debtors

Case No. 20-10718-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 6  
Date Rcvd: Mar 28, 2025     Form ID: 3180W     Total Noticed: 87

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jesse K. Munyan, Sherry L. Munyan, 738 W Forest Grove Rd, Vineland, NJ 08360-2098 |
| cr | + | Cenlar FSB as servicer for CitiMortgage, Inc., Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 518663688 | | American Express, PO Box 740640, Atlanta, GA 30374-0640 |
| 518663692 | | Capital One/Cabelas, PO Box 3021, Salt Lake City, UT 84130 |
| 518663694 | | Cenlar, PO Box 986, Newark, NJ 07184-0986 |
| 518796426 | + | Cenlar FSB as servicer for CitiMortgage, Inc., 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 518663700 | + | ComenityBank/ColdwatercreekMc, PO Box 182789, Columbus, OH 43218-2789 |
| 518663704 | + | ComenityCapital/DiamondsIntl, PO Box 182120, Columbus, OH 43218-2120 |
| 518663717 | + | Kohls / Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518663718 | | LL Bean Mastercard/CBNA, 50 NW Point Blvd, Fox River Grove, IL 60021 |
| 518673643 | + | McCABE, WEISBERG & CONWAY, LLC, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 518734698 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 518734112 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 28 2025 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 28 2025 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518663687 | + | EDI: CITICORP | Mar 29 2025 00:23:00 | American Exprerss, PO Box 17759, Clearwater, FL 33762-0759 |
| 518743015 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2025 20:56:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518663686 | | EDI: BANKAMER | Mar 29 2025 00:23:00 | AAA Financial Services, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 518663689 | | EDI: BANKAMER2 | Mar 29 2025 00:23:00 | Bank Of America, PO Box 7047, Dover, DE 19903-7047 |
| 518750463 | + | EDI: BANKAMER2 | Mar 29 2025 00:23:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518663702 | + | EDI: WFNNB.COM | Mar 29 2025 00:23:00 | COMENITYCAPITAL/BJSWHOLESALE, PO BOX 182120, Columbus, OH 43218-2120 |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| 518663690 | + EDI: CAPITALONE.COM | Mar 29 2025 00:23:00 | Capital One Bank Usa Na, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518703714 | + EDI: AIS.COM | Mar 29 2025 00:23:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518716787 | Email/PDF: bncnotices@becket-lee.com | Mar 28 2025 20:45:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518663691 | + EDI: CAPITALONE.COM | Mar 29 2025 00:23:00 | Capital One/Bass Pro, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 518663693 | + EDI: CAPITALONE.COM | Mar 29 2025 00:23:00 | Capital One/Justice, PO Box 71106, Charlotte, NC 28272-1106 |
| 518769430 | EDI: CITICORP | Mar 29 2025 00:23:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518663695 | + EDI: CITICORP | Mar 29 2025 00:23:00 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 518663696 | EDI: WFNNB.COM | Mar 29 2025 00:23:00 | Comenity Bank/EddieBau, PO Box 182789, Columbus, OH 43218-2789 |
| 518663697 | EDI: WFNNB.COM | Mar 29 2025 00:23:00 | Comenity Bank/LNBRYANT, PO Box 182789, Columbus, OH 43218-2789 |
| 518663698 | + EDI: WFNNB.COM | Mar 29 2025 00:23:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 518663699 | EDI: WFNNB.COM | Mar 29 2025 00:23:00 | Comenity Bank/Torrid, PO Box 182789, Columbus, OH 43218-2789 |
| 518663701 | + EDI: WFNNB.COM | Mar 29 2025 00:23:00 | ComenityBank/Legendary Pine, PO Box 182789, Columbus, OH 43218-2789 |
| 518663703 | + EDI: WFNNB.COM | Mar 29 2025 00:23:00 | ComenityCapital/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 518663705 | + EDI: WFNNB.COM | Mar 29 2025 00:23:00 | Comenitycapital/Ultamc, PO Box 182120, Columbus, OH 43218-2120 |
| 518769274 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2025 20:46:23 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 518663707 | Email/PDF: DellBKNotifications@resurgent.com | Mar 28 2025 20:46:26 | Dell Preferred Account, PO Box 6403, Carol Stream, IL 60197-6403 |
| 518663708 | + Email/PDF: DellBKNotifications@resurgent.com | Mar 28 2025 20:45:05 | DFS/Webbank, PO Box 81607, Austin, TX 78708-1607 |
| 518663709 | EDI: DISCOVER | Mar 29 2025 00:23:00 | Discover Bank, P.O. Box 30943, Salt Lake City, UT 84130-0943 |
| 518674521 | EDI: DISCOVER | Mar 29 2025 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518663710 | + EDI: DISCOVERPL | Mar 29 2025 00:23:00 | Discover Personal Loans, P.O. Box 30954, Salt Lake City, UT 84130-0954 |
| 518674803 | + EDI: DISCOVERSL.COM | Mar 29 2025 00:23:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 518663711 | + EDI: DISCOVERSL.COM | Mar 29 2025 00:23:00 | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 518663712 | Email/Text: collecadminbankruptcy@fnni.com | Mar 28 2025 20:48:00 | FNB Omaha, 1620 Dodge St., Omaha, NE 68197 |
| 518675706 | Email/Text: collecadminbankruptcy@fnni.com | Mar 28 2025 20:48:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, NE 68197 |
| 520496730 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 28 2025 20:47:00 | OSLT, Firstmark Services, PO Box 82522, Lincoln, NE 68801 |

Case 20-10718-ABA   Doc 73   Filed 03/30/25   Entered 03/31/25 00:17:06   Desc Imaged
Certificate of Notice   Page 5 of 8

| District/off: 0312-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Mar 28, 2025 | Form ID: 3180W | Total Noticed: 87 |

| | | | | |
|---|---|---|---|---|
| 520496731 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 28 2025 20:47:00 | OSLT, Firstmark Services, PO Box 82522, Lincoln,NE 68801, OSLT, Firstmark Services |
| 518663715 | | EDI: IRS.COM | Mar 29 2025 00:23:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 518765206 | | EDI: JEFFERSONCAP.COM | Mar 29 2025 00:23:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518663716 | + | EDI: JPMORGANCHASE | Mar 29 2025 00:23:00 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850-5369 |
| 518704943 | + | Email/Text: RASEBN@raslg.com | Mar 28 2025 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518699148 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 28 2025 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518773309 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2025 20:56:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518761047 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 28 2025 20:48:00 | LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518663719 | | Email/Text: camanagement@mtb.com | Mar 28 2025 20:49:00 | M&T Bank, P.O. Box 64679, Baltimore, MD 21264-4679 |
| 518746841 | + | Email/Text: camanagement@mtb.com | Mar 28 2025 20:49:00 | M&T Bank, PO Box 1508, Buffalo NY 14240-1508 |
| 518673643 | ^ | MEBN | Mar 28 2025 20:34:42 | McCABE, WEISBERG & CONWAY, LLC, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 518663720 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 28 2025 20:48:00 | NewRez, 55 Beattie Place, Suite 110, Greenville, SC 29601-5115 |
| 520043444 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 28 2025 20:48:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520043445 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 28 2025 20:48:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 520018546 | + | Email/Text: RASEBN@raslg.com | Mar 28 2025 20:48:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 518663721 | ^ | MEBN | Mar 28 2025 20:33:36 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519585491 | | EDI: PRA.COM | Mar 29 2025 00:23:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519585492 | | EDI: PRA.COM | Mar 29 2025 00:23:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518755911 | | EDI: PRA.COM | Mar 29 2025 00:23:00 | Portfolio Recovery Associates, LLC, c/o Bps, POB 41067, Norfolk VA 23541 |
| 518753770 | | EDI: PRA.COM | Mar 29 2025 00:23:00 | Portfolio Recovery Associates, LLC, c/o CABELAS, POB 41067, Norfolk, VA 23541 |
| 518755869 | | EDI: PRA.COM | Mar 29 2025 00:23:00 | Portfolio Recovery Associates, LLC, c/o Justice, POB 41067, Norfolk VA 23541 |
| 518769435 | | EDI: Q3G.COM | | |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| 518769439 | EDI: Q3G.COM | Mar 29 2025 00:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| | | Mar 29 2025 00:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520035863 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2025 20:46:24 | Resurgent Receivables LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587, Resurgent Receivables LLC 29603-0587 |
| 520035862 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2025 20:45:43 | Resurgent Receivables LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |
| 518663722 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 28 2025 20:48:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518663730 | + EDI: CITICORP | Mar 29 2025 00:23:00 | SYWMC/CBNA, 701 E 60th Street N., Sioux Falls, SD 57104-0432 |
| 518685620 | + Email/Text: bankruptcy@bbandt.com | Mar 28 2025 20:48:00 | SunTrust Bank now Truist Bank, Support Services, Bankruptcy Department, P.O. Box 85092, Richmond, VA 23286-0001 |
| 518663723 | Email/Text: bankruptcymortgage@suntrust.com | Mar 28 2025 20:49:00 | Suntrust Bank, P.O. Box 305053, Nashville, NJ 37230-5053 |
| 518663724 | EDI: SYNC | Mar 29 2025 00:23:00 | Syncb/Amazon Plcc, Po Box 965015, Orlando, FL 32896-5015 |
| 518663725 | + EDI: SYNC | Mar 29 2025 00:23:00 | Syncb/Jc Penney, Po Box 965007, Orlando, FL 32896-5007 |
| 518663726 | + EDI: SYNC | Mar 29 2025 00:23:00 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 518663727 | + EDI: SYNC | Mar 29 2025 00:23:00 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 518663728 | + EDI: SYNC | Mar 29 2025 00:23:00 | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 518663729 | EDI: SYNC | Mar 29 2025 00:23:00 | Syncb/Tjx Co Dc, PO Box 965005, Orlando, FL 32896-5005 |
| 518666507 | + EDI: AISACG.COM | Mar 29 2025 00:23:00 | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 518663731 | EDI: TDBANKNORTH.COM | Mar 29 2025 00:23:00 | TD Bank N.A, P.O. Box 219, Lewiston, ME 04243 |
| 518663732 | + EDI: WTRRNBANK.COM | Mar 29 2025 00:23:00 | TD Bank USA / Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 518715577 | + Email/Text: bncmail@w-legal.com | Mar 28 2025 20:49:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518663733 | EDI: CITICORP | Mar 29 2025 00:23:00 | THD/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 519028580 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 28 2025 20:50:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519028581 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 28 2025 20:50:00 | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, U.S. Bank Trust National Association, as, Serviced by Select Portfolio Servicing, |

TOTAL: 75

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| trfee | *P++ | FIRSTMARK SERVICES, 121 S 13TH STREET STE 201, LINCOLN NE 68508-1911, address filed with court:, OSLT, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| cr | *+ | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 518745232 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518674806 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 518663713 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518663714 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 518700758 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518701306 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518746712 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520050802 | *+ | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520050803 | *+ | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 518765989 | *+ | Synchrony Bank, c/o AIS InfoSource, LP, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 518663706 | ##+ | Cumberland County Board of Taxation, 43 Fayette St, Bridgeton, NJ 08302-2424 |

TOTAL: 0 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew M. Lubin | on behalf of Creditor LoanCare LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2021-1 U.S. Bank National Association as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2020-PM6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 6 of 6
Date Rcvd: Mar 28, 2025 | Form ID: 3180W | Total Noticed: 87

Kimberly A. Wilson
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kimwilson@raslg.com

Laura M. Egerman
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Maria Cozzini
    on behalf of Creditor Cenlar FSB as servicer for CitiMortgage Inc. mcozzini@sternlav.com

Marisa Myers Cohen
    on behalf of Creditor LoanCare LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Seymour Wasserstrum
    on behalf of Debtor Jesse K. Munyan mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
    on behalf of Joint Debtor Sherry L. Munyan mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13