Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 20–10718–ABA
                    Chapter: 13
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Jesse K. Munyan                                   Sherry L. Munyan
  dba Art of Massage                      aka Sherry Munyan
  738 W Forest Grove Rd               738 W Forest Grove Rd
  Vineland, NJ 08360                      Vineland, NJ 08360

Social Security No.:
  xxx–xx–9056                                     xxx–xx–3549

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 1, 2025</u>                  <u>Andrew B. Altenburg Jr.</u>
                                            Judge, United States Bankruptcy Court